IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **HEATHER WURM,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:24-CV-1651-L** |
| § | |
| **400 GRADI; GRADI GROUP; and** § | |
| **IGOR STEVOVIC,** § | |
| § | |
| Defendants. § | |

**ORDER**

Before the court is the Unopposed Motion of Defendants' 400 Gradi, Gradi Group, and Igor Stevovic to Set Aside Request for Entry of Default Judgment and to Extend Time to File Its Answer (Doc. 7), filed October 7, 2024. The court determines that the Motion should be, and is hereby, **granted**. Accordingly, the court **sets aside** the Request for Entry of Default Judgment (Doc. 5). The deadline for Defendants to file their answer to Plaintiff's Complaint is **October 11, 2024**. *No further extensions will be granted*.

**It is so ordered** this 8th day of October, 2024.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page