IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HEATHER WURM,** individually, and on the behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. **3:24-CV-1651-L-BN** |
| **400GRADI; GRADI GROUP; and IGOR STEVOVIC**, | § § § § | |
| Defendants. | § § | |

# **ORDER**

Before the court is Plaintiff Heather Wurm's Motion to Stay Pending Voluntary Dismissal and Notice of Settlement (Doc. 24), filed July 28, 2025. Plaintiff's counsel, Mr. Walker Harman, Jr. notified the court that the parties have settled. The parties seek to stay this case to finalize a settlement agreement. The court is not opposed to the relief sought by the parties; however, rather than stay the action, the court will administratively close it. The age of a case continues to accrue if it is merely stayed; however, if it is administratively closed, the time is tolled, and the case does not age. Accordingly, the court determines that this case should be, and is hereby, **administratively closed**. The parties are therefore **directed** to file a stipulation or notice of dismissal, or agreed motion to dismiss with the United States District Clerk's Office by **August 28, 2025**. The United States District Clerk is hereby **instructed** to submit JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such

Order – Page 1

further proceedings, or the court may take such action *sua sponte*. In light of administratively closing this action, the court **denies as moot** the parties' Motion to Stay (Doc. 24).

    **It is so ordered** this 29th day of July, 2025.

                                          Sam A. Lindsay
                                          United States District Judge